```
JAMES R. HOMOLA #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
FAX: (559) 441-7115

Attorney for Defendant
CLIFTON HOWARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR F 04-5234 OWW |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| vs | FOR RESETTING HEARING ON REPORT |
| CLIFTON HOWARD, | OF PROBATION OFFICER |
| Defendant. | |

IT IS HEREBY STIPULATED AND REQUESTED between Plaintiff, the United States, and the Defendant, that the dates for submission of objections and hearing on the report of the probation officer and sentencing be extended as follows:

   RPO and Sentencing: from 8/14/06 to 10/16/06, at 9:00 am;

The parties agree that any delay resulting from this continuance should be excluded in the interest of justice, pursuant to 18 USC §§ 3161(h)(1)(F), (h)(8)(A) and (h)(8)(B).

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

```
 1  DATED: August 8, 2006           Respectfully submitted,
 2
 3                                  /s/James R. Homola
                                    JAMES R. HOMOLA
 4                                  Attorney for Defendant
                                    Clifton Howard
 5
 6
 7      August 8, 2006              /s/ Duce Rice
                                    By permission
 8                                  DUCE RICE
                                    Assistant U.S. Attorney
 9
10
                                    * * * * *
11
12                          ORDER
13      IT IS SO ORDERED.
14  Dated:August 10, 2006       _/s/ OLIVER W. WANGER_____
                                    Honorable OLIVER W. WANGER
15                                  United States District Court Judge
                                    Eastern District of California
16
17
18
19
20
21
22
23
```

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111