```
JAMES R. HOMOLA #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
FAX: (559) 441-7115

Attorney for Defendant
CLIFTON HOWARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No. CR F 04-5234 OWW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs | FOR RESETTING HEARING ON REPORT |
| CLIFTON HOWARD, | OF PROBATION OFFICER |
| Defendant. | |

IT IS HEREBY STIPULATED AND REQUESTED between Plaintiff, the United States, and the Defendant, that the dates for submission of objections and hearing on the report of the probation officer and sentencing be extended as follows:

    RPO and Sentencing: from 8/14/06 to 10/16/06, at 9:00 am;

The parties agree that any delay resulting from this continuance should be excluded in the interest of justice, pursuant to 18 USC §§ 3161(h)(1)(F), (h)(8)(A) and (h)(8)(B).

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

```
DATED: August 8, 2006          Respectfully submitted,


                               /s/James R. Homola
                               JAMES R. HOMOLA
                               Attorney for Defendant
                               Clifton Howard



     August 8, 2006            /s/ Duce Rice
                               By permission
                               DUCE RICE
                               Assistant U.S. Attorney



                          *  *  *  *  *


                              **ORDER**

                         IT IS SO ORDERED.

          Dated:   **August 10, 2006**      **/s/ Oliver W. Wanger**
                              emm0d6UNITED STATES DISTRICT JUDGE
```

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111