```
 1  JAMES R. HOMOLA #60244
    Attorney at Law
 2  2950 Mariposa, Suite 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111
    FAX: (559) 441-7115
 4
    Attorney for Defendant
 5  CLIFTON HOWARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| UNITED STATES OF AMERICA, | Case No. CR F 04-5234 OWW |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| vs | FOR RESETTING HEARING ON REPORT OF PROBATION OFFICER |
| CLIFTON HOWARD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND REQUESTED between Plaintiff, the United States, and the Defendant, that the dates for submission of objections and hearing on the report of the probation officer and sentencing be extended as follows: RPO and Sentencing: from 10/16/06 to 12/4/06, at 1:30 pm; The parties agree that any delay resulting from this continuance should be excluded in the interest of justice, pursuant to 18 USC § 3161(h).

DATED: October 3, 2006          Respectfully submitted,

                                /s/James R. Homola
                                JAMES R. HOMOLA
                                Attorney for Defendant
                                Clifton Howard

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

```
October 3, 2006              /s/ Duce Rice
                             By permission
                             DUCE RICE
                             Assistant U.S. Attorney
```

\* \* \* \* \*

**ORDER**

IT IS SO ORDERED.

**Dated:   October 3, 2006         /s/ Oliver W. Wanger**
emm0d6UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111