**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. CR-F-04-5234 OWW |
| | ) | |
| | ) | ORDER DIRECTING UNITED |
| | ) | STATES TO RESPOND TO |
| **Plaintiff,** | ) | DEFENDANT'S MOTION FOR POST- |
| | ) | CONVICTION DNA TESTING AND |
| **vs.** | ) | PRESERVATION OF BIOLOGICAL |
| | ) | EVIDENCE WITHIN 15 DAYS OF |
| | ) | FILING DATE OF THIS ORDER |
| **CLIFTON ELIAS HOWARD III,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

On July 31, 2008, Clifton Elias Howard III, proceeding *in pro per,* filed a motion for post-conviction DNA testing pursuant to 18 U.S.C. § 3600, and for preservation of biological evidence pursuant to 18 U.S.C. § 3600A.

The United States is ordered to file a response to Defendant's motion within 15 days of the filing date of this Order.  Defendant's reply, if any, shall be filed within 15 days thereafter.  All further proceedings will be by order of the Court.

*///*

1   IT IS SO ORDERED.

2   **Dated:   August 4, 2008**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE