IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff/<br>         Respondent,<br><br>         vs.<br><br>CLIFTON ELIAS HOWARD III,<br><br>         Defendant/<br>         Petitioner. | No. CR-F-04-5234 OWW<br><br>ORDER DENYING WITHOUT<br>PREJUDICE PETITIONER'S<br>MOTION FOR ACCESS TO PRISON<br>LAW LIBRARY AND TO MAKE<br>TELEPHONE CALLS TO PREPARE<br>APPEAL |

On September 3, 2008, Clifton Elias Howard III filed a motion to order "the Prison authorities to allow him at less [sic] two (2) hours pre [sic] day in the Law Library and to make telephone calls in connection with preparing his motions and appeals before this Court and the Ninth Circuit Court of Appeals."

Petitioner is incarcerated at the Federal Detention Center in Dublin, California.

1

Pending before this Court is Petitioner's motion for post-conviction DNA testing and preservation of biological evidence. Petitioner's motion is fully briefed and will be resolved by Court Order in due course.

Pending before the Ninth Circuit is Petitioner's appeal from this Court's June 16, 2008 Order denying without prejudice his **ex parte** application for funds to investigate and prepare a post-conviction collateral attack.

Petitioner's motion is DENIED WITHOUT PREJUDICE.  Petitioner makes no showing that he is being denied access to the prison law library, that the time he is allowed access to the law library is insufficient to prepare any required pleadings, or that he is being denied access to make telephone calls.

IT IS SO ORDERED.

**Dated:   September 12, 2008**             /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE