IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLIFTON ELIAS HOWARD III,** ) <br> ) <br> ) <br> **Petitioner,** ) <br> ) <br> **vs.** ) <br> ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> **Respondent.** ) <br> ) <br> _____ ) | No. CV-F-09-983 OWW <br> (No. CR-F-04-5234 OWW) <br> <br> ORDER DIRECTING UNITED STATES TO RESPOND TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 WITHIN 45 DAYS |

**The United States is ordered to file a response to Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, filed on June 2, 2009 (Doc. 260), within 45 days of the filing date of this order.  Petitioner's reply, if any, shall be filed within 30 days thereafter.  All further proceedings shall be by order of the Court.**

IT IS SO ORDERED.

**Dated:    December 28, 2010**                        /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE