BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLIFTON ELIAS HOWARD, III,<br><br>　　　　Defendant. | 1:09-cv-00983 OWW<br>1:04-cr-05234 OWW<br><br>GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S 28 U.S.C. § 2255 MOTION, AND ORDER |

**GOVERNMENT'S MOTION FOR A 30-DAY EXTENSION TO FILE ITS RESPONSE**

On March 9, 2011, the Defendant filed a First Amended Motion under 28. U.S.C. § 2255 (Doc. 275).  This Motion is 132 pages long.  The United States hereby moves the Court to vacate the April 14, 2011 deadline to respond to Defendant's Original 28 U.S.C. § 2255 Motion (Doc. 260) and requests a 30-day extension of time to respond to the Defendant's newly filed First Amended 28 U.S.C. § 2255 Motion (Doc. 275).  For the Court's consideration, the undersigned counsel is scheduled to be in a two-week trial before this Court beginning April 19, 2011 in the matter of United States vs. Minjarez, *et al.*, Docket No. 09-cr-466.  The reasons underlying the requested extension are detailed below in the

1

1  Declaration of Assistant United States Attorney Yasin Mohammad.

3  DATED: April 4, 2011                    Respectfully submitted,

4                                          BENJAMIN B. WAGNER
                                           United States Attorney

6                                          By /s/ Yasin Mohammad
                                              YASIN MOHAMMAD
7                                             Assistant U.S. Attorney

DECLARATION OF YASIN MOHAMMAD

I, Yasin Mohammad, declare:

1. I am an Assistant United States Attorney for the Eastern District of California, and I have recently been assigned to prosecute the above-captioned case.

2. On June 2, 2009, the Defendant filed a 117-page Motion pursuant to 28 U.S.C. § 2255 (Doc. 260) ("Original Motion").

3. On December 28, 2010, the Court issued an Order in which it directed the Government to respond to the Defendant's Original Motion within 45 days of that date.

4. On January 31, 2011, I was assigned this case and asked to respond to the Defendant's Original Motion.

5. On February 4, 2011, I filed a Motion for Extension of Time (Doc. 271) to respond to the Defendant's Original Motion (Doc. 260).

6. On February 14, 2011, this Court granted the Motion for Extension of Time, setting the response deadline of April 15, 2011 (Doc. 272).

7. On March 9, 2011, the Defendant filed a First Amended Motion pursuant to 28 U.S.C. § 2255 (Doc. 275) ("Amended Motion"). This Amended Motion is 132 pages in length. Two of pages in the Amended Motion – pages 77 and 78 – are missing; but upon inspection, the missing pages appear to correspond to pages 62 and 63 of the Original Motion. The Government will replace the missing pages to avoid any inconvenience to the Court and the Defendant.

5. The Defendant's Amended Motion is lengthier than the Original Motion. The materials associated with it are voluminous.

The Defendant has brought numerous, separate grounds that need analysis and response. The length and complexity of the Defendant's Amended Motion will require a substantial amount of time to respond. And because this case had concluded years before my arrival to the U.S. Attorney's Office, it has already taken me a significant amount of time to become familiar with the just facts and contours of the case.

9. Even more, I am scheduled to be in a two-week trial before this Court beginning April 19, 2011 in the matter of <u>United States vs. Michael Minjarez, *et al.*</u>, Docket No. 09-cr-466. This trial will consume the lion's share of my time and resources for the next several weeks through the end of April 2011.

10. Therefore, in order to prepare a meaningful response to Defendant's Amended Motion, I will need two weeks after the Minjarez trial to finalize the Government's response.

7. Accordingly, I respectfully request that the Government be given 30 days from the date the Court rules on this Motion for Extension of Time to respond to the Defendant's 28 U.S.C. § 2255 Motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th, day of April 2011, at Fresno, California.

/s/ Yasin Mohammad
YASIN MOHAMMAD

4

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>              Plaintiff,  )<br>  )<br>     v.                    )<br>  )<br>CLIFTON ELIAS HOWARD, III, )<br>  )<br>              Defendant.  )<br>_____) | CV-F-09-983 OWW<br>CR-F-04-5234 OWW<br><br>GOVERNMENT'S ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S FIRST AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255 MOTION |

The Court, for good cause shown, hereby GRANTS the Government's Motion for a 30-day extension of time to respond to the Defendant's First Amended Motion pursuant to 28 U.S.C. § 2255 (Doc. 275).  The Government shall respond to said Motion 30 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: April 13, 2011          /s/ OLIVER W. WANGER
                               United States District Judge

5