UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CLIFTON ELIAS HOWARD,<br><br>Defendant | CASE NO. 1:04-CR-5234 AWI<br><br>**ORDER VACATING DENIAL OF MOTION FOR RELIEF AND ORDER APPOINTING FEDERAL DEFENDER'S OFFICER TO REPRESENT DEFENDANT**<br><br>(Doc. Nos. 321, 323, 327) |
|---|---|

On June 25, 2020, Defendant Clifton Howard filed a pro se motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). See Doc. No. 321. Defendant sought compassionate release based on his age, health conditions, and the Covid-19 pandemic. See id. On June 29, 2020, the Court denied Defendant's motion. See Doc. No. 323. On December 14, 2020, Defendant filed a motion for reconsideration. See Doc. No. 327.

After reviewing the record, it has come to the attention of the Court that Defendant's motion was denied prior to appointment of the Federal Defender. Eastern District of California General Order 595 states that the Federal Defender is appointed to represent previously or currently indigent defendants with respect to First Step Act cases. General Order 595 also states that the Federal Defender is to be informed of pro se motions under the First Step Act. To remedy this situation, the Court finds that the appropriate course is to vacate the Court's June 29, 2020 denial order, formally appoint the Federal Defender to represent Defendant, and provide a timeframe for the Federal Defender to review the matter and file supplemental papers.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The June 29, 2020 order on Defendant's motion to reduce sentence (Doc. No. 323) is VACATED;
2. Defendant's motion to reduce sentence (Doc. No. 321) and motion for reconsideration (Doc. No. 327) are REFERRED to the Federal Defender's Office for the Eastern District of California;
3. The Federal Defender's Office shall review Defendant's pro se submissions and, within fourteen (14) days of service of this order, shall file a supplemental motion and any additional papers it deems necessary;[1]
4. Upon receipt of the supplemental motion, the Court will conduct a further review to determine if a response from the United States is warranted and will issue any additional orders as may be appropriate at that time.

IT IS SO ORDERED.

Dated:   December 18, 2020                                         
                                           SENIOR DISTRICT JUDGE

---

[1] The Federal Defender may file a request for additional time to respond, if necessary.