Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Petitioner Clifton E. Howard III

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:04-cr-05234 AWI |
| *Plaintiff,* | **PETITIONER'S REQUEST TO EXTEND THE FILING DEADLINE FOR SUPPLEMENTAL PLEADINGS TO FEBRUARY 10, 2021** |
| v. | |
| CLIFTON ELAIS HOWARD III, | [~~PROPOSED~~] ORDER |
| *Defendant.* | |

It is requested on behalf of defendant Howard, for a forty-day extension of time in which to file a supplemental motion to reduce sentence (Doc. 323) and motion for reconsideration (Doc. 321).  On December 18, 2020 the Court ordered for supplemental pleadings to be filed within fourteen days.  The Court appointed counsel to represent Mr. Howard December 29, 2020. (Doc. 329).  Counsel needs additional time in which to review, research and prepare the appropriate pleadings and to confer with Mr. Howard.

*Petitioner's Request to Extend the Filing Deadline for Supplemental Pleadings to February 10, 2021; United States v. Howard III, Case No. 1:04-cr-5234 AWI*

1

For these reasons petitioner respectfully requests an extension of time to February 10, 2021, in which to review defendant's pro se submissions and to file a supplemental motion and any additional papers deemed necessary.

Dated:     January 11, 2021

                                        /s/Carolyn D. Phillips
                                        CAROLYN D. PHILLIPS
                                        Attorney for Defendant
                                        CLIFTON ELIAS HOWARD III

*Petitioner's Request to Extend the Filing Deadline for Supplemental Pleadings to February 10, 2021; United States v. Howard III, Case No. 1:04-cr-5234 AWI*

2

# ORDER

It is the Order of this Court that the filing deadline of January 1, 2021 for petitioner to file a supplemental motion and any additional papers deemed necessary shall be continued to **February 10, 2021**.

IT IS SO ORDERED.

Dated: January 11, 2021

_____
SENIOR DISTRICT JUDGE

*Petitioner's Request to Extend the Filing Deadline for Supplemental Pleadings to February 10, 2021; United States v. Howard III, Case No. 1:04-cr-5234 AWI*

3

# CERTIFICATE OF SERVICE

COURT: United States District Court For The Eastern District of California

CASE: *United States v. Clifton Elais Howard, III*

CASE NO: 1:04-cr-5234 AWI

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the electronic filing system on January 11, 2021.

Participants in the case who are registered ECF users will be served by the district court ECF system.

I further certify that one of the participants in the case is not a registered ECF user. I have mailed the foregoing document by First Class Mail, postage prepaid to the following non- ECF participant.

Clifton E. Howard
USP Allenwood
U.S. Penitentiary
P.O. Box 3000
White Deer, PA  17887

/s/ Carolyn D. Phillips

*Petitioner's Request to Extend the Filing Deadline for Supplemental Pleadings to February 10, 2021; United States v. Howard III, Case No. 1:04-cr-5234 AWI*

4