Carolyn D. Phillips, #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California 93755-5722
Telephone: (559)248-9833
Facsimile: (559) 248-9820

Attorney for Petitioner Clifton E. Howard III

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:04-cr-05234 AWI |
| *Plaintiff,* | **PETITIONER'S REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO FILE SUPPLEMENTAL PLEADINGS TO JULY 23, 2021** |
| v. | |
| CLIFTON ELIAS HOWARD III, | **ORDER** |
| *Defendant.* | |

Mr. Howard requests an additional sixty days within which to file supplemental pleadings and documents in support of his pending 18 U.S.C. § 3582 motion for reduction in sentence/compassionate release. Docs. 330, 332. The current filing deadline is May 24, 2021. This request along with earlier extension requests centers on obtaining records including medical records. This extension is needed in order to obtain medical records from Mr. Howard's recent hospitalizations for heart and lung tests and reports. In counsel's conversations with Mr. Howard, he has continued to

*Petitioner's Request to Extend the Filing Deadline for Supplemental Pleadings to July 23, 2021; United States v. Howard III, Case No. 1:04-cr-5234 AWI*

1

require hospitalizations and testing and those records have been requested but not as yet received by counsel.

Sixty days s required due to an accidental injury, fractured left wrist which requires surgical correction.  Surgery is scheduled for Monday, May 24, 2021.  Counsel has not had use of her left hand since May 14, 2021.  The recovery time from surgery is four to six weeks.

For these reasons petitioner respectfully requests an extension of time to July 23, 2021, to allow time for the preparation and filing of a supplemental motion and any additional papers deemed necessary.

Dated:	May 23, 2021

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
CLIFTON ELIAS HOWARD III

*Petitioner's Request to Extend the Filing Deadline for Supplemental Pleadings to July 23, 2021; United States v. Howard III, Case No. 1:04-cr-5234 AWI*

2

ORDER

It is the Order of this Court that the filing deadline of May 24, 2021 for petitioner to file a supplemental motion and any additional papers deemed necessary shall be continued to **July 23, 2021**.

IT IS SO ORDERED.

Dated:   May 24, 2021                             _____
                                                  SENIOR  DISTRICT  JUDGE

3

*Petitioner's Request to Extend the Filing Deadline for Supplemental Pleadings to July 23, 2021; United States v. Howard III, Case No. 1:04-cr-5234 AWI*

# CERTIFICATE OF SERVICE

COURT: United States District Court For The Eastern District of California

CASE: *United States v. Clifton Elias Howard, III*

CASE NO: 1:04-cr-5234 AWI

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the electronic filing system on May 23, 2021.

Participants in the case who are registered ECF users will be served by the district court ECF system.

I further certify that one of the participants in the case is not a registered ECF user. I have mailed the foregoing document by First Class Mail, postage prepaid to the following non- ECF participant.

Clifton E. Howard
USP Allenwood
U.S. Penitentiary
P.O. Box 3000
White Deer, PA  17887

/s/ Carolyn D. Phillips

4

*Petitioner's Request to Extend the Filing Deadline for Supplemental Pleadings to July 23, 2021; United States v. Howard III, Case No. 1:04-cr-5234 AWI*