Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California 93755-5622
559-248-9833

Attorney for defendant Clifton Howard, III

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:04-cr-05234 AWI |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING |
| v. | ) | THE FILING OF DOCUMENTS |
| | ) | UNDER SEAL |
| CLIFTON ELIAS HOWARD, III, | ) | |
| | ) | (Local Rule 141) |
| Defendant. | ) | |
| _____ | ) | |

The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant Clifton Howard, III.  The documents captioned <u>Exhibit 2 to Defendant Howard's Supplement in Support of Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(10(A)</u>, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending

Proposed Order Authorizing The Filing Of Documents Under Seal; *United States v. Howard*, Case No. 1:04-cr-05234 AWI

further order of this Court of the order of any higher Court having jurisdiction over the matter.

//

//

GOOD CAUSE APPEARING:

IT IS SO ORDERED.

Dated:   August 25, 2021                      _____
                                              SENIOR DISTRICT JUDGE

Proposed Order Authorizing The Filing Of Documents Under Seal; *United States v. Howard,* Case No. 1:04-cr-05234 AWI