Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Petitioner Clifton E. Howard III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:04-cr-05234 AWI |
| *Plaintiff,* | **PETITIONER'S SECOND REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO REPLY TO GOVERNMENT'S OPPOSITION; ORDER** |
| v. | |
| CLIFTON ELIAS HOWARD III, | |
| *Defendant.* | |

Mr. Howard requests an additional twenty-one days within which to file a reply to the government's opposition of his 18 U.S.C. § 3582 motion for reduction in sentence/compassionate release, or by October 28, 2021.  ECF 330, 332.  The opposition was filed September 7, 2021.  The briefing schedule, ECF 345, allows for seven days within which to file a reply or by September 14, 2021.   Defendant requested and was granted an extension to October 7, 2021, to file a reply.  ECF 350.  Defendant's request

for additional time is based on his inability to confer with counsel regarding the government's opposition and recent medical issues.

Counsel learned October 1, 2021, through a third party that Mr. Howard's unit has been on lockdown for weeks, making it impossible for counsel to confer telephonically with Mr. Howard.  It is counsel's understanding that the lockdown was the result of a vaccinated inmate in his unit testing positive for COVID.  Mr. Howard requests an additional three weeks to file a reply brief to allow him to confer with counsel.  He remains unsure when he will be able to access the telephone for a call, however, three weeks should be sufficient time for a telephone conference to occur.

For these reasons petitioner respectfully requests an extension of time to October 28, 2021, to allow time for the preparation and filing of defendant's reply to the government's opposition, and to provide additional medical and other records.

Dated:    October 4, 2021

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
CLIFTON ELIAS HOWARD III

*Petitioner's Second Request for Additional Time Within Which to Reply to Government's Opposition; Order*

2

# ORDER

It is the Order of this Court that the filing deadline of October 7, 2021, for petitioner to file a reply to the government's opposition shall be continued to **October 28, 2021**.

IT IS SO ORDERED.

Dated:   October 4, 2021

_____
SENIOR DISTRICT JUDGE