UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CLIFTON ELIAS HOWARD,<br><br>Defendant | CASE NO. 1:04-CR-5234 AWI-3<br><br>ORDER FOR UNITED STATES TO FILE A RESPONSE TO SUPPLEMENTAL REPLY<br><br>(Doc. Nos. 353, 354, 355) |

Currently pending before the Court is Defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Recently, Defendant has filed supplemental briefing (Doc. Nos. 353, 354, and 355) in which he describes an apparent steep decline in his health condition. There appears to be no dispute that Defendant has serious medical conditions. After review, the Court finds that it is appropriate for the United States to respond to Defendant's supplemental information, including what effect, if any, the United States believes that the supplemental information has or should have on Defendant's motion.[1]

Accordingly, IT IS HEREBY ORDERED that, AS SOON AS POSSIBLE, but in no event later than 1:00 p.m. on November 22, 2021, the United States shall file a response to the supplemental information submitted by Defendant (Doc. Nos. 353, 354, 355).[2]

IT IS SO ORDERED.

Dated:  November 18, 2021

SENIOR DISTRICT JUDGE

---

[1] The representations of defense counsel are serious and indicate that a timely resolution of the motion for early termination is needed. However, the United States has not responded to the new representations, and the Court believes that a response by the United States is necessary. Defendant's counsel represents that Defendant appears to be hospitalized, either at the prison facility or an outside hospital. If Defendant is currently hospitalized, that would appear to be the best place for Defendant to be in terms of immediate medical care. To try and balance the interests involved, the Court will set a shortened deadline in which to respond.

[2] If the United States needs additional time to respond, and if a stipulation between the parties can be reached, the Court would be receptive to giving effect to a stipulation relating to the timing of a response. The Court would also consider any additional stipulations that can be reached by the parties.