PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1: 04-CR-05234-AWI |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); [~~PROPOSED~~] ORDER |
| v. | |
| CLIFTON ELIAS HOWARD III, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.  The defendant filed an urgent motion for compassionate release on June 28, 2022. Docket No. 373.  The government filed a response on July 1, 2022, requesting additional time to address issues raised in the defendant's motion.  Docket No. 378.

2.  Counsel for the government requests additional time to obtain relevant records and consult with medical experts to draft the government's supplemental response to the defendant's motion. The defendant does not oppose the government's request.

3.  Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

      a)      The government's supplemental response to the defendant's motion to be filed on or before July 7, 2022;

      b)      The defendant's reply to the government's supplemental response to be filed on or before July 12, 2022.

IT IS SO STIPULATED.

Dated:  July 1, 2022                                      PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ ANTONIO J. PATACA
                                                    ANTONIO J. PATACA
                                                    Assistant United States Attorney


Dated:  July 1, 2022                                      /s/ Carolyn Phillips
                                                    CAROLYN PHILLIPS
                                                    Counsel for Defendant
                                                    CLIFTON ELIAS HOWARD III

**[PROPOSED] ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)    The government's supplemental response to the defendant's motion, Docket No. 373, is due on or before July 7, 2022;

    b)    The defendant's reply to the government's supplemental response, if any, is due on July 12, 2022.

IT IS SO ORDERED.

Dated:   July 1, 2022                                   _____
                                                             SENIOR  DISTRICT  JUDGE