# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>**CLIFTON ELIAS HOWARD,**<br><br>Defendant | CASE NO. 1:04-CR-5234 AWI-3<br><br>**ORDER REGARDING REQUEST TO SEAL**<br><br>(Doc. Nos. 384) |

Currently pending before the Court is Defendant's urgent request for compassionate release under 18 U.S.C. § 3582(c)(1)(A). On July 7, 2022, the United States filed a supplemental response to Defendant's urgent request for compassionate release. In connection with that supplemental response, the United States filed a request to seal exhibits, which are Defendant's latest medical records.

Medical records contain private, confidential, and often sensitive information, and courts often order medical records to be filed under seal. E.g. United States v. Bradley, 2020 U.S. Dist. LEXIS 119962, *21 (E.D. Cal. July 6, 2020); Johnsen v. Tambe, 2019 U.S. Dist. LEXIS 144715, *2-*5 (W.D. Wash. Aug. 26, 2019). The Court detects no reason to reach a different conclusion in this case with respect to Defendant's most recent medical records. Therefore, the United States' request to seal will be granted.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the United States' request to file medical records under seal (Doc. No. 384), which is Exhibit A to Doc. No. 384, is GRANTED and these exhibits shall be filed under seal.

IT IS SO ORDERED.

Dated: __July 7, 2022__                       _____
                                                                SENIOR DISTRICT JUDGE