```
 1  Carolyn D. Phillips,  #103045
    Attorney-At-Law
 2  P.O. Box 5622
    Fresno, California  93755-5722
 3  Telephone: (559)248-9833
    Facsimile:  (559) 248-9820
 4
    Attorney for Clifton E. Howard, III
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. 1:04-cr-5234 AWI |
|---|---|
| *Plaintiff,* | ORDER FOR IMMEDIATE RELEASE FROM CUSTODY |
| v. | |
| CLIFTON E. HOWARD, III, | |
| *Defendant.* | |

On February 28, 2007, the Court imposed a life sentence plus 84 months on all counts (18 U.S.C. § 1951(a), conspiracy to interfere with commerce by robbery, 18 U.S.C. § 2113(a) and (d), armed credit union robbery, and 18 U.S.C. § 924(c)(1), brandishing a firearm during a crime of violence).  On July 11, 2022, this Court reduced Defendant Clifton Howard's sentence to TIME SERVED *on all counts*.

//

//

//

*Clifton Howard--[Proposed] Immediate Release Order*                                       1

# ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Clifton E. Howard, III, Registration Number 77466-011, **SHALL BE RELEASED forthwith** from custody at FMC Devens, Ayer, Massachusetts to Mr. B. Jackson of 4 Anchor Drive, Emeryville, California 94608; and

2. The Clerk of the Court is directed to fax a copy of this order to FMC Devens.

IT IS SO ORDERED.

Dated:   July 12, 2022                              _____
                                                                             SENIOR   DISTRICT   JUDGE