Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Clifton E. Howard, III

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES, | Case No. 1:04-cr-5234 AWI |
| *Plaintiff,* | JOINT STATUS REPORT AND REQUEST |
| | FOR LIFTING THE TEMPORARY STAY |
| v. | OF THE COURT'S ORDER FOR MR. |
| | HOWARD'S IMMEDIATE RELEASE |
| CLIFTON E. HOWARD, III, | FROM CUSTODY; [~~PROPOSED~~] ORDER |
| *Defendant.* | |

On July 11, 2022, this Court granted defendant's Motion for compassionate

release (Doc. 387), and on July 12, 2022, ordered Mr. Howard's immediate release from

custody at FMC Devens.  (Doc. 389.)  In a minute order dated July 12, 2022, the Court

stayed the release order pending Mr. Howard's discharge from hospital care. Mr.

Howard was released from the hospital July 14, 2022.  He has been medically cleared to

travel Monday July 18, 2022.

The parties jointly request that the Court lift the stay imposed July 12, 2022, and

*Clifton Howard--Joint Status and Request to Lift Stay of Release Order; [Proposed]*
*Order*

1

1   reinstate its order, Doc. 389, for Mr. Howard's immediate release from custody.

2   Dated:  July 18, 2022

3                                           /s/ Carolyn D. Phillips
                                            Carolyn D. Phillips
                                            Attorney for Defendant
4                                           Clifford E. Howard, III

5

6   Dated:  July 18, 2022                   PHILLIP A. TALBERT
                                            United States Attorney

7
                                            By: /s/ Antonio J. Pataca
8                                           ANTONIO J. PATACA
                                            Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22
    *Clifton Howard--Joint Status and Request to Lift Stay of Release Order; [Proposed]*
    *Order*                                                                              2
23

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1.   The stay of the Court's July 12, 2022, order, (Doc. 389), for the immediate release of defendant Clifton E. Howard, III, Registration Number 77466-011, from custody at FMC Devens, Ayer, Massachusetts is hereby lifted;

2.   Mr. Howard shall be released forthwith to Mr. B. Jackson of 4 Anchor Drive, Emeryville, California 94608; and

3.   The Clerk of the Court is directed to fax a copy of this order to FMC Devens, and serve counsel for FMC Devens, Stephanie Scannell-Vessella, at email address: sscannell@bop.gov.

IT IS SO ORDERED.

Dated:   July 18, 2022

_____
SENIOR  DISTRICT  JUDGE

*Clifton Howard--Joint Status and Request to Lift Stay of Release Order; [Proposed] Order*

3